**Maximilian St. George, appellee, v. Louis Narowetz et al., appellants.  Gen. No. 32,711.**

Opinion filed October 3, 1928.  Rehearing denied October 16, 1928.

Ben M. Smith, for appellants.  Royal W. Irwin, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

**William Lewis, appellee, v. Jacob Sherman and Norman A. Goldberg, trading as S. Sherman, appellants.  Gen. No. 32,713.**

Opinion filed October 3, 1928.

Frank T. McDermott, for appellant Norman A. Goldberg.  No appearance for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

**Mack International Motor Truck Corporation, appellant, v. Robert Volk, appellee.  Gen. No. 32,720.**

Opinion filed October 3, 1928.

Freeman, Mason, Igoe & Flaherty, for appellant.  Vail, Roe & Plamondon, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

**Broadview Building Corporation, appellant, v. Morris Ehrlich, appellee.  Gen. No. 32,232.**

Opinion filed October 3, 1928.  Rehearing denied October 19, 1928.

Rathje, Wesemann, Hinckley & Barnard, for appellant.  Haffenberg, Kopald & Burns, for appellee.

Mr. Justice Taylor delivered the opinion of the court.